MARY C. LEUBUSCHER, BY NEXT FRIEND, ET AL., PLAIN-
TIFFS, v. PUBLIC SERVICE RAILWAY COMPANY, DE-
FENDANT.

Submitted November term, 1923—Decided March 4, 1924.

**Negligence—Motor Vehicle Accident—Judgment for Plaintiffs
Sustained.**

On rule.

Before GUMMERE, CHIEF JUSTICE, and Justices MINTURN
and BLACK.

For the plaintiffs, *Kalisch & Kalisch.*

For the defendant, *Leonard J. Tynan.*

PER CURIAM.

This suit was brought to recover damages for personal
injuries, loss of personal property and damage to an automo-
bile. The trial resulted in a verdict for the plaintiff Aurelia
L. Leubuscher for $1,500; Frederick C. Leubuscher, $300,
and May C. Leubuscher, $220. The defendant obtained a
rule to show cause and writes down nine reasons for a new
trial.

We think it would serve no useful purpose to discuss these
reasons in detail. Our examination of the record and the
briefs lead us to the conclusion that the issues involved were
fully and fairly tried out; that the verdicts were supported
by the evidence. The rule should be discharged.